UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

                Plaintiff,

- against -

CHLOE BOUTIQUE S.A., INC. and SOHO CENTRALE, LLC,

                Defendants.

**ORDER**

22 Civ. 1163 (PGG) (JLC)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint in this case was filed on February 10, 2022.  (Dkt. No. 1)  Defendants were served on March 10, 2022, and their Answers were due on March 31, 2022.  (Dkt. Nos. 6-7)  To date, no Defendant in this action has responded to the Complaint or otherwise appeared.  Accordingly, by **May 18, 2022**, Plaintiff will move for default judgment against Defendants or show cause why this action should not be dismissed for failure to prosecute.  Any application for a default judgment must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated:  New York, New York
          May 6, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge